◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK IRELAND, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, Respondent. [666 NYS2d 58] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Sconiers, J.—Habeas Corpus.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROL KANNER, Appellant. [666 NYS2d 58] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK TRAIL, Appellant. [666 NYS2d 58] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Bradstreet, J.—Criminal Sale Marihuana, 3rd Degree.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCES WILLIAMS, Appellant. [666 NYS2d 58] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.